**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Francisco PRECIADO–RAMIREZ,
Defendant–Appellant.**

**No. 12–30197.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2013.*

Filed May 17, 2013.

Charles Franklin Gorder, Jr., Assistant U.S., Kelly A. Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Kelly R. Beckley, Beckley Law Firm, P.C., Eugene, OR, for Defendant–Appellant.

Before: LEAVY, THOMAS, and MURGUIA, Circuit Judges.

MEMORANDUM **

Francisco Preciado–Ramirez appeals from the district court's judgment and challenges his guilty-plea conviction and 27–month sentence for illegal reentry of a deported alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Preciado–Ramirez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Preciado–Ramirez the opportunity to file a pro se supplemental brief. No pro se supplemental brief has been filed. The government has filed a motion to dismiss the appeal.

Preciado–Ramirez has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly grant the government's motion to dismiss the appeal. Counsel's motion to withdraw is **GRANTED.**

DISMISSED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.